IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAJA TALIBAH ZAHIR,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-454** |
| | : | |
| **STATE OF MARYLAND,** *et al.*, | : | |
|     **Defendants.** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **NAJA TALIBAH ZAHIR,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-456** |
| | : | |
| **STATE OF MARYLAND,** *et al.*, | : | |
|     **Defendants.** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **NAJA TALIBAH ZAHIR,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-457** |
| | : | |
| **STATE OF MARYLAND,** *et al.*, | : | |
|     **Defendants.** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

AND NOW, this 8th day of February, 2021, upon consideration of Naja Talibah Zahir's Complaints in the above captioned cases (Civ. A. 21-454, ECF No. 1; Civ. A. 21-456, ECF No. 1; Civ. A. 21-457, ECF No. 1), which are captioned as Notices of Removal, and her Motions to Proceed *In Forma Pauperis* (Civ. A. 21-454, ECF No. 3; Civ. A. 21-456, ECF No. 3; Civ. A. 21-

457, ECF No. 3) and, for the reasons stated in the accompanying Memorandum the Court finding there is no basis for removal of the criminal proceedings cited in the Notices, it is **ORDERED** that:

1. The Motions to Proceed *In Forma Pauperis* are **GRANTED**.

2. The criminal proceeding cited in Zahir's Notice in Civ. A. 21-454 and/or confirmed from publicly available records, *State of Maryland v. Zahir*, No. CJ200216, is **SUMMARILY REMANDED** to the Circuit Court of Maryland for Prince George's County, pursuant to 28 U.S.C. § 1455(b)(4).

3. The criminal proceedings cited in Zahir's Notices in Civ. A. 21-456 and Civ. A. 21-457 and/or confirmed from publicly available records, *State of Maryland v. Zahir*, Nos. D-07-CR-18-010986, 1LH0JJ0, 1LJ0JJ0, 1LK0JJ0, 1LL0JJ0, are **SUMMARILY REMANDED** to the District Court of Maryland for Anne Arundel County.

4. The Clerk of Court shall **CLOSE** these cases.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, C.J.**